## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANNA LA FRONZA, and NATALIA KUPIEC, individually and on behalf of all others similarly situated, ) ) ) ) | Case No. 1:21-cv-03025 |
| Plaintiffs, ) ) | Hon. Judge Sara L. Ellis |
| v. ) ) | Magistrate Judge Beth W. Jantz |
| INSTANT CHECKMATE, LLC, a Delaware limited liability company, ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, January 4, 2022, at 9:45 a.m., or as soon thereafter as counsel may be heard, Defendant shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, telephonically or in Courtroom 1403 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached *Motion for Leave to File Notice of Supplemental Authority,* a copy of which was filed earlier today.

Dated: December 23, 2021    Respectfully Submitted,

INSTANT CHECKMATE, LLC

By:  */s/ Wade A. Thomson*

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
Sarah L. Futernick, #6315365
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com
sfuternick@jenner.com

*Attorneys for Defendant Instant Checkmate, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I, Wade A. Thomson, certify that on December 23, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ <u>*Wade A. Thomson*</u><br>Wade A. Thomson