UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA LA FRONZA and NATALIA KUPIEC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSTANT CHECKMATE, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:21-cv-03025<br><br>Honorable Sara L. Ellis |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF
<u>ANNA LA FRONZA ONLY</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anna La Fronza hereby dismisses without prejudice all claims against Defendant Instant Checkmate, LLC.

Dated: May 24, 2022

By:    */s/ Philip L. Fraietta*
       Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**NICK LARRY LAW LLC**
J. Dominick Larry
55 E Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (773) 694-4669
Fax: (773) 694-4691
E-Mail: nick@nicklarry.law
Firm ID: 64846

*Attorneys for Plaintiff Anna La Fronza*

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Natalia Kupiec*