# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATALIA KUPIEC, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:21-cv-03025 |
| ) | Hon. Judge Sara L. Ellis |
| v. ) | |
| ) | Magistrate Judge Beth W. Jantz |
| INSTANT CHECKMATE, LLC, a Delaware limited liability company, ) ) ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF DISMISSAL

Before the Court is Plaintiff Natalia Kupiec's motion for an order dismissing her claim without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Ms. Kupiec argues that an order of dismissal is warranted because she is a member of a certified class in another action pending in this district asserting the same claim she asserts here, and that it would be more efficient for her claim to be adjudicated in the context of that proceeding as an absent class member. *See Fischer v. Instant Checkmate, LLC*, No. 19-c-4892, dkt. 193 (N.D. Ill. Mar. 31, 2022). Ms. Kupiec indicates that Defendant Instant Checkmate, LLC does not oppose her motion.

In light of the class certification order in *Fischer*, the Court agrees that dismissal of Ms. Kupiec's claim without prejudice is proper. Accordingly, the Court **GRANTS** Ms. Kupiec's motion, and dismisses her claim without prejudice. This order affects Ms. Kupiec's individual claim only and has no effect on any members of the proposed class in her complaint.

**IT IS SO ORDERED.**

Dated: June 14, 2022

_____
The Honorable Sara L. Ellis
United States District Judge